UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINTEL INDUSTRIES, INC.,

      Plaintiff,              CASE NO.   05-73592

v.                                District Judge Nancy G. Edmunds
                                 Magistrate Judge R. Steven Whalen

AMERICAN WAREHOUSING &
DISTRIBUTION SERVICES, INC., et al.,

      Defendants.
_____/

ORDER

Defendant having requested a withdrawal of its Motion to Compel Answers to Interrogatories and Requests to Plaintiff to Produce (filed 1/24/06) [docket #27] by letter faxed on 3/2/06;

IT IS THEREFORE ORDERED that Defendant's Motion to Compel is hereby DISMISSED.

                                     s/R. Steven Whalen
                                       R. STEVEN WHALEN
                                       UNITED STATES MAGISTRATE JUDGE

Dated:  March 3, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 3, 2006.

                                              s/Gina Wilson
                                              Judicial Assistant